# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

**IN UNITED STATES** ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT ☐ OTHER PANEL (Specify below)
**IN THE CASE OF** \_\_\_\_\_ VS. \_\_\_\_\_
**FOR** \_\_\_\_\_
**AT** NOV 8 2007

FILED
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY \_\_\_\_\_ DEPUTY

**LOCATION NUMBER** \_\_\_\_\_

**DOCKET NUMBERS**
Magistrate: 07MG2616
District Court:
Court of Appeals:

**PERSON REPRESENTED** (Show your full name): Victor Ramon Melendrez-Franco

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

**CHARGE/OFFENSE** (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed
- Name and address of employer: Security in Tijuana
- IF YES, how much do you earn per month? $ 1400
- IF NO, give month and year of last employment. How much did you earn per month? $ 1400
- If married is your Spouse employed? ☐ Yes ☒ No
- IF YES, how much does your Spouse earn per month? $ 0
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ 0

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: RECEIVED 0 / SOURCES 0

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No IF YES, state total amount $ 0

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT: VALUE N/A / DESCRIPTION N/A

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☐ SINGLE ☒ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 3
List persons you actually support and your relationship to them:
- Wife - Laura Bernal
- Son - Victor Melendrez
- Mom - Rosa Franco

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| Mortgage (Tijuana House) | $ 45,000.00 | $ 510.00 |
| Electricity, Water, Gas | $ | $ 80.00 |
| Food | $ | $ 200.00 |
| Bank Loan | $ 5,000.00 | $ 120.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) \_\_\_\_\_

**SIGNATURE OF DEFENDANT** (OR PERSON REPRESENTED) ▶ Victor Melendrez

5 00